NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAXEON SOLAR PTE. LTD.,**
*Appellant*

**v.**

**CANADIAN SOLAR, INC.,**
*Appellee*

---

2026-1500

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01039.

-------------------------------------------------

**CANADIAN SOLAR, INC.,**
*Appellant*

**v.**

**MAXEON SOLAR PTE. LTD.,**
*Appellee*

---

2026-1525

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01039.

---

## ON MOTION

---

## O R D E R

Upon consideration of this court's July 21, 2026 order deconsolidating the above-captioned appeals and granting Maxeon Solar PTE. Ltd.'s unopposed motion to voluntarily dismiss its appeal, Appeal No. 2026-1500, and of Maxeon's pending motion to dismiss Appeal No. 2026-1525, which has been docketed in Appeal No. 2026-1500 as ECF No. 17,

IT IS ORDERED THAT:

ECF No. 17 shall be docketed in Appeal No. 2026-1525. The opening brief deadline in Appeal No. 2026-1525 is suspended.  Fed. Cir. R 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 22, 2026
Date